UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-455-MOC-DCK

| XYAVIER CALLISTE, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| CITY OF CHARLOTTE, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court on two motions to dismiss, filed by Defendants City of Charlotte (Doc. No. 8) and Charlotte Mecklenburg police officer Xeng Lor (Doc. No. 9).

This is an action filed pursuant to 42 U.S.C. § 1983, in which Plaintiff alleges that Defendant Lor used excessive force against Plaintiff. Plaintiff originally filed this action in state court, and Defendants removed it to this Court on August 30, 2021. (Doc. No. 1). Defendants City of Charlotte and officer Lor filed the pending motions to dismiss on November 5, 2021. Plaintiff filed an Amended Complaint on November 19, 2021. (Doc. No. 10). Because Plaintiff has filed an Amended Complaint, the pending motions to dismiss the original Complaint are moot.

**IT IS THEREFORE ORDERED** that:

(1) Defendants' Motions to Dismiss, (Doc. Nos. 8, 9), shall be terminated as moot.

Signed: December 2, 2021

Max O. Cogburn Jr
United States District Judge

1