FILED: November 3, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2158
(3:21-cv-00455-MOC-DCK)

_____

XYAVIER CALLISTE

       Plaintiff - Appellee

v.

OFFICER XENG LOR, in his individual capacity

       Defendant - Appellant

and

CITY OF CHARLOTTE, NORTH CAROLINA; OFFICER DAVE S. OSORIO, in his individual capacity

       Defendants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Originating Case Number | 3:21-cv-00455-MOC-DCK |
| Date notice of appeal filed in originating court: | 10/30/2023 |
| Appellant(s) | Xeng Lor |
| Appellate Case Number | 23-2158 |

| Case Manager | Richard H. Sewell<br>804-916-2702 |