FILED: July 22, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2158
(3:21-cv-00455-MOC-DCK)
_____

XYAVIER CALLISTE

       Plaintiff - Appellee

v.

OFFICER XENG LOR, in his individual capacity

       Defendant - Appellant

 and

CITY OF CHARLOTTE, NORTH CAROLINA; OFFICER DAVE S. OSORIO, in his individual capacity

       Defendants

_____

O R D E R
_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge King, Judge Thacker, and Judge Berner.

For the Court

/s/ Nwamaka Anowi, Clerk