IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-455-MOC-DCK

| | |
|---|---|
| XYAVIER CALLISTE, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| CITY OF CHARLOTTE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Joint Motion To Stay" (Document No. 65) filed July 14, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion.

By the instant motion, Defendants seek to stay all further proceedings in this action "pending resolution of Defendant Lor's Petition for Panel Rehearing to the United States Court of Appeals for the Fourth Circuit." (Document No. 65). Defendants do not suggest any other reason to stay this action. <u>Id.</u>

On July 22, 2025, the Fourth Circuit issued an Order denying the petition for rehearing. (Document No. 66).

**IT IS, THEREFORE, ORDERED** that "Defendants' Joint Motion To Stay" (Document No. 65) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: July 24, 2025

David C. Keesler
United States Magistrate Judge